# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

United States of America,

        Plaintiff,                         **Criminal No. 14-20(2) (MJD/SER)**

v.

Juana Trujillo-Granados,                     **ORDER**

        Defendant.

---

    LeeAnn K. Bell, Esq., United States Attorney's Office, 600 U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55101, for Plaintiff.

    Shannon R. Elkins, Esq., Office of the Federal Defender, 300 South Fourth Street, Suite 107, Minneapolis, Minnesota 55415, for Defendant.

---

    The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Steven E. Rau, dated May 30, 2014 [Docket No. 101]. No objections have been filed to that Report and Recommendation in the time period permitted.

    Based on the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Trujillo-Granados's Motion to Suppress Search and Seizure [Doc. No. 72] is **DENIED**; and

2. Trujillo-Granados's Motion to Suppress Statements, Admissions and Answers [Doc. No. 73] is **DENIED as moot**.

Dated: June 13, 2014

                                                    *s/Michael J. Davis*
                                                    Michael J. Davis
                                                    Chief Judge
                                                    United States District Court